# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STEVEN REED, et al.,

    Plaintiffs,

v.

MANDALAY BAY RESORT & CASINO, et al.,

    Defendants.

2:06-CV-1570 JCM (PAL)

## ORDER

Presently before the court is the case of *Reed et al v. Mandalay Bay Resort & Casino et al* (06-cv-01570-JCM-PAL).

On September 8, 2009, the court entered an order dismissing this case against defendant Mandalay Bay Resort and Casino (doc. #55), as stipulated to by the parties. On July 26, 2010, pursuant to Local Rule 41-1, the clerk of the court informed plaintiff that, if no action was taken in this case with regards to remaining defendant Pinkless Inc. within thirty (30) days, the court would dismiss the case against defendant for want of prosecution. (Doc. #57). To date, plaintiff has not taken any further action.

Accordingly,

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *Reed et al v.*
2  *Mandalay Bay Resort & Casino et al* (06-cv-01570-JCM-PAL) be, and the same hereby is,
3  DISMISSED as to defendant Pinkless Inc.
4    DATED September 7, 2010.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -